**STATE v. KINLOCK**

[357 N.C. 48 (2003)]

STATE OF NORTH CAROLINA v. DARLON DILLON KINLOCK

No. 476A02

(Filed 28 March 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 152 N.C. App. 84, 566 S.E.2d 738 (2002), finding no error in judgments entered 23 January 2001 by Judge Jerry Braswell in Superior Court, Sampson County. Heard in the Supreme Court 12 March 2003.

*Roy Cooper, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, and Patricia A. Duffy, Assistant Attorney General, for the State.*

*Christopher Wyatt Livingston for defendant-appellant.*

*American Civil Liberties Union of North Carolina Legal Foundation, by Seth H. Jaffe, amicus curiae.*

PER CURIAM.

AFFIRMED.